23508.    CAMP *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of possessing whisky. The evidence against him was wholly circumstantial, and was not sufficient to exclude every reasonable hypothesis save that of his guilt. The court erred in overruling his motion for a new trial.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 20, 1933.

*Andrews & Shatluck,* for plaintiff in error.
*James F. Kelly, solicitor-general, J. Ralph Rosser,* contra.